UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY C. HAYES III,

                Plaintiff,

     -against-

JOHN DOE,

                Defendant.

1:23-CV-3705 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 10, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 10, 2023
            New York, New York

                                 /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                              Chief United States District Judge